JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMAN KAYAT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S, WEST STORES, INC., et al.,<br><br>　　　　　Defendant. | Case No. 8:21-cv-00076-DOC-(DFMx)<br><br>**ORDER SUBMITTING ACTION TO BINDING ARBITRATION AND STAYING PROCEEDINGS PENDING ARBITRATION [10]** |

The Court has reviewed and hereby accepts the Stipulation by and between Plaintiff Eman Kayat and Defendant Macy's West Stores, Inc. Pursuant to the Stipulation, the parties have agreed that all claims asserted in Plaintiff's Complaint be submitted to binding arbitration pursuant to Macy's Solutions InSTORE dispute resolution program effective January 1, 2007 ("Arbitration Agreement"). Accordingly,

///

IT IS HEREBY ORDERED:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. Consistent with the Arbitration Agreement, Plaintiff shall initiate arbitration with the American Arbitration Association;

3. All proceedings in this Action shall be and are hereby stayed pending the completion of the arbitration proceedings; and

4. This Court shall retain jurisdiction over this action pending the conclusion of the arbitration proceedings and to enforce the Arbitrator's Award.

Dated: __May 11__, 2021

_/s/ David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE